B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>T BAR M RANCH, LLC, an Oklahoma limited liability company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>262638096 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>6992 State Road 78<br>Hendrix, OK                                    ZIP CODE 74741 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Bryan County Oklahoma | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

---

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>T Bar M Ranch, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: See Attached | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>T Bar M Ranch, LLC |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *[signature]*<br>Signature of Attorney for Debtor(s)<br>Jason E. Rios<br>Printed Name of Attorney for Debtor(s)<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>Firm Name<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814<br>Address<br>(916) 329-7400<br>Telephone Number<br>2-3-15<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Tami Tollenaar [signature]*<br>Signature of Authorized Individual<br>Tami Tollenaar, Manager of<br>Printed Name of Authorized Individual<br>Friendly Pastures, LLC, Member<br>Title of Authorized Individual<br>2-2-15<br>Date | |

Case 15-20844    Filed 02/04/15    Doc 1

## PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF THE DEBTOR

| Name of Debtor | Case Number: | Date Filed: |
|---|---|---|
| Tollenaar Holsteins | | |
| **District** | **Relationship** | **Judge:** |
| Eastern District of California | Affiliate | |

| Name of Debtor | Case Number: | Date Filed: |
|---|---|---|
| Friendly Pastures, LLC | | |
| **District** | **Relationship** | **Judge:** |
| Eastern District of California | Affiliate | |

RESOLUTION OF
T BAR M RANCH, LLC,
an Oklahoma limited liability company

T Bar M Ranch, LLC hereby makes the following resolution:

WHEREAS, the affairs of the business of this LLC have not been successfully conducted for a period of time and this LLC is insolvent and unable to pay its debts as they arise.

BE IT THEREFORE RESOLVED, that the LLC file a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California, and

BE IT FURTHER RESOLVED, that Tami Tollenaar, Manager of Friendly Pastures, LLC, Member of T Bar M Ranch, LLC, is authorized to prepare the necessary Petition and by his/her single signature execute all necessary documents, including Schedules of Assets and Liabilities, and Statement of Financial Affairs and bind the LLC thereby in the Chapter 11 case as the responsible officer of the LLC.

BE IT FURTHER RESOLVED, that said T Bar M Ranch, LLC is authorized to engage the services of Felderstein Fitzgerald Willoughby & Pascuzzi LLP of Sacramento, California, and the firm is hereby retained to act on behalf of the LLC in connection with such proceeding.

The undersigned certifies that he/she is the Manager of Friendly Pastures, LLC, Member of T Bar M Ranch, LLC.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said LLC this __2__ day of February, 2015.

T BAR M RANCH, LLC
an Oklahoma limited liability company

By: FRIENDLY PASTURES, LLC, Member

By: _/s/ Tami Tollenaar_
Tami Tollenaar, Manager

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **T BAR M RANCH, LLC, an Oklahoma limited liability company** <br> Debtor. | (If known) |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is a list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for fling in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian such a "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br> Name of creditor and complete mailing address including zip code | (2) <br> Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) <br> Nature of claim (trade debt, bank loan, government contract, etc.) | (4) <br> Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) <br> Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| United States Treasury | | | | $55,613.01 |
| Furst McNess Co. <br> P.O. Box 71349 <br> Chicago, IL  60694-1349 | Brenda Haugh <br> 815-232-9811 | | | $52,814.50 |
| Alan Ritchey Inc. <br> 740 S. Frontage Road <br> Valley View, TX  76272-9733 | Dave Allison <br> 940-726-3276 | | | $36,788.35 |
| Bryan County Treasurer <br> Nancy Conner <br> 402 W. Evergreen <br> Durant, OK  74701 | Nancy Conner <br> 580-924-0748 | | | $28,788.50 |
| Diversified Ingredients <br> 870 Woods Mill Road <br> St. Louis, MO  63011 | Greg McArthur <br> 636-200-9024 | | | $28,341.03 |
| Animal Health <br> 3135 Texas Hwy. 11 <br> East Sulphur Springs, TX  75482 | 903-439-3694 | | | $17,106.08 |
| Rising Phoenix Farms LLC <br> 19159 Shinn Springs Road <br> Siloam Springs, AR  72761 | Roy Weathers <br> 479-283-4379 | | | $12,611.17 |
| Calva Products Inc. <br> P.O. Box 126 <br> Acampo, CA  95220 | Sergio Salceda <br> 209-339-1516 | | | $12,528.00 |
| Veterinary Serivces Inc. <br> 1731 West 16th Street <br> Merced, CA  95348 | Steve Demarla <br> 209-772-7600 | | | $10,575.00 |

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re **T BAR M RANCH, LLC, an Oklahoma limited liability company** Debtor. | | Case No.: (If known) |
|---|---|---|

| *(1)* Name of creditor and complete mailing address including zip code | *(2)* Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | *(3)* Nature of claim (trade debt, bank loan, government contract, etc.) | *(4)* Indicate if claim is contingent, unliquidated, disputed or subject to set off | *(5)* Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Luke Bros., Inc. 99 Luke Brothers Drive Calera, OK 9771 | Winne 580-434-5480 | | | $10,343.81 |
| Mountain West Dairy Services 3744 N. Haroldsen Dr Idaho Falls, ID  83401 | Craig Johannsen 208-552-0672 | | | $9,769.28 |
| Southeastern Electric Cooperative P. O. Box 1370 Durant, OK  74702-1370 | | | | $9,000.00 |
| Blue Line Rental P.O. Box 840062 Dallas TX  75284-0062 | Claudine Bredeen 405-512-5931 | | | $8,000.00 |
| IPFS Corporation P.O. Box  730223 Dallas, TX  75373-0223 | 800-247-6129 | | | $7,793.80 |
| Animal Health Intl P.O. Box 561305 Denver, CO  80256-1305 | Heather 866-221-1867 | | | $7,100.00 |
| Frontier Trading, Inc. P. O. Box 726 Ada, OK  74821 | Warren Skaggs 580-456--7142 | | | $5,796.00 |
| Direct Dairy Transport, LLC P.O. Box 1331 Hilmar, CA  95324-9791 | Brad Nyman 209-495-8821 | | | $5,200.00 |
| Specialty Sales LLC 4672 E. Drummond Ave. Fresno, CA  93725 | Don 559-862-6611 | | | $5,000.00 |
| Alverson Refrigeration Inc. P. O. Box 645 Denison, TX  75021 | Mr. Alverson 903-465-1466 | | | $3,411.49 |
| CSR Company P. O. Box 30242 Omaha, NE  68103-1342 | Scott Remington 402-731-9600 | | | $3,109.83 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **T BAR M RANCH, LLC, an Oklahoma limited liability company**<br>Debtor. | (If known) |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: February 4, 2015

Signature: *Tami Tollenaar*
Tami Tollenaar, Manager of Friendly Pastures, LLC, Manager
Print Name and Title